**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ex parte Richard Vincent Letizia

Appellate case number:    01-16-00808-CR

Trial court case number:  2112524

Trial court:              County Criminal Court at Law No. 5 of Harris County

Appellant, Richard Vincent Letizia, has filed a motion to reset the submission of this cause, which is currently set for February 6, 2019. We **deny** the motion. The cause remains set for submission on February 6, 2019.

Appellant also requests a copy of the reporter's record of a January 8, 2019 hearing. The motion **granted**. The Clerk of this Court is directed to send to appellant at the address shown on his motion a copy of the one-volume reporter's record of the January 8, 2019 hearing, filed in this Court on January 16, 2019.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date:  _January 29, 2019____